.

JUDI ANN MAINS
2700 OLD HWY 27
VICKSBURG, MS 39180

FST FRKLN FI
ATTN: BANKRUPTCY
317 HIGHWAY 80 EAST
CLINTON, MS 39056


THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

MCKINLEY WELLS
145 CREEKSIDE DR
CANTON, MS 39046


BANK OF AMERICA
ATTN: BANKRUPTCY
P.O.BOX 15019
WILMINGTON, DE 19886

MUTUAL CREDIT UNION
ATTN: BANKRUPTCY
PO BOX 25
VICKSBURG, MS 39181


BEST EGG
ATTN: BANKRUPCTY
PO BOX 42912
PHILADELPHIA, PA 19101

PASI
7100 COMMERCE WAY
STE 100
BRENTWOOD, TN 37027


CAPITAL ONE
ATTN: BANKRUPTCY
P.O. BOX 30285
SALT LAKE CITY, UT 84130

REGIONS MORTGAGE
ATTN: BANKRUPTCY
PO BOX 110
HATTIESBURG, MS 39403


CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

REPUBLIC FINANCE
ATTN: BANKRUPTCY
7031 COMMERCE CIRCLE
BATON ROUGE, LA 70809


CITIBANK
P.O.BOX 790046
ST. LOUIS, MO 63179

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896


COSTCO CITI CARD
ATTN: BANKRUPTCY
PO BOX 6500
SIOUX FALLS, SD 57117

UPSTART FINANCE
ATTN: BANKRUPTCY
PO BOX 1503
SAN CARLOS, CA 94070


DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 30943
SALT LAKE CITY, UT 84130

US BK CACS
ATTN: BANKRUPTCY
PO BOX 5229
CINCINNATI, OH 45201